FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-1983
_____

CURTIS B. HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

May 8, 2024


PER CURIAM.

This Court issued an order on April 12, 2024, requiring Appellant to show cause why he should not be sanctioned for his multiple meritless and frivolous pro-se filings in this Court related to Alachua County Circuit Court case number 2011-CF-2332. Those filings include this appeal and at least seven prior post-conviction appeals or petitions: 1D14-0219, 1D15-0664, 1D15-2218, 1D15-2219, 1D15-5399, 1D16-0968, and 1D17-2804. Appellant has not obtained relief in any of these cases, and his current appeal is frivolous. Appellant's response to the show-cause order fails to show any justification for these filings or any reason why he should not be sanctioned.

We find Appellant's repeated meritless filings a hindrance to this Court's ability to devote its resources to the timely consideration of genuine disputes and legitimate, colorable claims. *See Pettway v. McNeil*, 987 So. 2d 20, 22–23 (Fla. 2008); *see also Ferris v. State*, 100 So. 3d 142, 144–45 (Fla. 1st DCA 2012) (Wetherell, J., concurring) (explaining appellant's filings, like all papers filed in this Court, require the Court to expend scarce judicial resources). This Court is required "to see that these resources are allocated in a way that promotes the interests of justice." *May v. Barthet*, 934 So. 2d 1184, 1187 (Fla. 2006) (quoting *In re McDonald*, 489 U.S. 180, 184 (1989)). To carry out that responsibility, this Court is imbued with the inherent power to sanction litigants who abuse the legal system. *See id.*

Accordingly, pursuant to *State v. Spencer*, 751 So. 2d 47, 48–49 (Fla. 1999), Appellant, Curtis B. Hamilton, DOC# 075168, is barred from any further pro se filings in this Court related to or arising out of his incarceration for Alachua County Circuit Court case number 2011-CF-2332. We instruct the Clerk of this Court to reject any of the same he submits, unless signed by a member in good standing of The Florida Bar. This prohibition includes any response or motion directed to this Order. If Appellant violates this Order, he may be subject to contempt proceedings or other appropriate sanctions. We hereby direct the Clerk to forward a certified copy of this Order to the facility in which Appellant is incarcerated for any disciplinary action that may be considered appropriate. *See* §§ 944.279, 944.28, Fla. Stat.

SO ORDERED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

Curtis B. Hamilton, pro se, Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.